CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JORGE ARGUDELO VARGAS,

    Plaintiff,

    v.

MARKWAYNE MULLIN[1], Secretary, United States Department of Homeland Security,

    Defendant.

Case No. 5:25-cv-06102-SVK

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-130, Petition for Alien Relative. On November 25, 2025, the Court granted the parties' request to stay proceedings until March 30, 2026. *See* Dkt. No. 14. On January 29, 2026, United States Citizenship and Immigration Services ("USCIS") issued a second Request for Evidence ("RFE") on Plaintiff's application. USCIS received Plaintiff's response to the RFE and will work diligently towards completing adjudication of Plaintiff's application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 22, 2026, at which time the parties will file a joint status report with the Court. At that time, the

_____

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report & Stipulation
Case No. 5:25-cv-06102-SVK                    1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 30, 2026                                    Respectfully submitted[2],

                                                         CRAIG H. MISSAKIAN
                                                         United States Attorney


                                                         /s/ Molly A. Friend
                                                         MOLLY A. FRIEND
                                                         Assistant United States Attorney
                                                         Attorneys for Defendants


Dated: March 30, 2026

                                                         /s/ Natalia V. Santanna
                                                         NATALIA V. SANTANNA
                                                         Santanna Law Offices
                                                         Attorney for Plaintiff


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 31, 2026

                                                         HON. SUSAN VAN KEULEN
                                                         United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report & Stipulation
Case No. 5:25-cv-06102-SVK                          2