CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JORGE ARGUDELO VARGAS,

Plaintiff,

v.

MARKWAYNE MULLIN[1], Secretary, United States Department of Homeland Security,

Defendant.

Case No. 5:25-cv-06102-SVK

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-130, Petition for Alien Relative. On June 23, 2026, the Court granted the parties' request to stay proceedings until August 21, 2026. *See* Dkt. No. 19. United States Citizenship and Immigration Services ("USCIS") is continuing its work to complete security checks that are still pending in Plaintiff's case but needs a brief period of additional time. The parties conferred and agree to continue the stay of proceedings to allow USCIS additional time to complete the security checks.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

September 21, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 21, 2026

Respectfully submitted[2],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: August 21, 2026

*/s/ Natalia V. Santanna*
NATALIA V. SANTANNA
Santanna Law Offices
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 24, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.